[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 131.]

THE STATE OF OHIO, APPELLEE, *v*. HLAVSA, APPELLANT.

[Cite as *State v. Hlavsa*, 2001-Ohio-274.]

*Criminal law—R.C. 2907.02—Anal rape Court of appeals' judgment reversed and cause remanded for new trial on authority of State v. Wells.*

(No. 00-1177—Submitted January 31, 2001—Decided March 7, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 76221.

———————————

{¶ 1} The judgment of the court of appeals relating to the counts of anal rape is reversed, and the cause is remanded for a new trial on those counts pursuant to the decision and opinion in *State v. Wells* (2001), 91 Ohio St.3d 32, 740 N.E.2d 1097.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————